# *UNITED STATES DISTRICT COURT*
*for the*
***District of Rhode Island***

***Case No. CA 04-363L***

***To: Warden***
***Ray Brook FCI, 128 Ray Brook Road***
***Ray Brook, NY 12977***

YOU ARE HEREBY COMMANDED, to have the **body** of **Nickoyan Wallace**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **Ronald R. Lagueux**, Senior District Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **2:00 o'clock p.m.**, on the **13th** day of **JUNE, 2007**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

WITNESS the Honorable **Ronald R. Lagueux**

United States Senior District Judge at Providence, RI
Dated: 5/22/07

Re-Sentencing

*By* Ronald R. Lagueux
*Ronald R. Lagueux, Senior District Judge*