# *UNITED STATES DISTRICT COURT*
***for the***
***District of Rhode Island***

***Case No. CA 04-363L***

***To:*** ***Warden***
***Ray Brook FCI, 128 Ray Brook Road***
***Ray Brook, NY 12977***

YOU ARE HEREBY COMMANDED, to have the **body** of **Nickoyan Wallace**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **Ronald R. Lagueux**, Senior District Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **2:00 o'clock p.m.**, on the 13th day of **JUNE, 2007**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

I hereby c[illegible]
[illegible] date and time [illegible]

Deputy U.S. Marshal

WITNESS the Honorable **Ronald R. Lagueux**

United States Senior District Judge at Providence, RI
Dated: 5/22/07

Re-Sentencing

***By*** [signature]
***Ronald R. Lagueux, Senior District Judge***